**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: ) | Case No. 14-02082-als11 |
| ) | |
| **DAVID H. MARCOWITZ** ) | Chapter 11 |
| ) | |
| Debtor and Debtor in Possession. ) | Hon. Anita L. Shodeen |
| ) | |
| 909 N. 6th St. ) | **DEBTOR'S APPLICATION TO** |
| Chariton, IA 50049 ) | **EMPLOY ACCOUNTANT** |
| ) | |
| SS #xxx-xx-2307 ) | No Hearing Set |
| ) | |

David H. Marcowitz, Debtor and Debtor in Possession herein, by and through his Proposed General Reorganization Counsel, Jeffrey D. Goetz, Esq. and Chet A. Mellema, Esq., of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., respectfully represent:

1. Debtor filed his Voluntary Petition (Docket Item 1) under Chapter 7 of the Bankruptcy Code on August 21, 2014. On November 5, 2014, the Debtor filed his Motion to Convert Chapter 7 to Chapter 11 (Docket Item 46). On November 10, 2014, this Court entered its Order (Docket Item 48) granting the motion to convert the case to a Chapter 11. The Debtor is in possession of his property, duly managing his affairs, and otherwise acting as Debtor in Possession pursuant to Bankruptcy Code §§ 1107 and 1108.

2. Debtor wishes to retain and employ Ying Sa, CPA, and Community CPA & Associates Inc., 3816 Ingersoll Avenue, Des Moines, Iowa 50312 (collectively "Accountant") as his Accountant in this bankruptcy case at the expense of the estate, to assist the Debtor with general bookkeeping and accounting matters, to assist the Debtor with any and all other related financial and accounting reports and required filings, including compliance and monthly operating

reports for the court and the Office of the United States Trustee. The Debtor seeks approval of said employment effective as of the date of conversion of the bankruptcy case from Chapter 7 to Chapter 11.

3. The Debtor has selected this Accountant for the reason that she has considerable knowledge and expertise in these matters.

4. Ying Sa, CPA, will be the primary contact with the Debtor and will render services to the Debtor at her regular hourly rate of $110.00 with bookkeeping services rendered at the regular hourly rate of $80.00, with the monthly services equal to $350.00.

5. The Accountant will render services to the Debtor at her regular hourly rates. The Accountant understands that her compensation is subject to approval of this Court and intends to apply in conformity with Bankruptcy Code §§ 330 and 331 for compensation and reimbursement for fees incurred and costs advanced.

6. The Debtor requires the services of the General Reorganization Accountant to render professional services in connection with the preparation of financial documents, and any and all other related financial and accounting reports and required filings, and to perform all other accounting services for the Debtor as Debtor in Possession which may be necessary in relation thereto.

7. The Accountant believes that she does not have an interest adverse to the Debtor or his estate as that term is used in Bankruptcy Code § 327(a). The Accountant believes that she is a disinterested person as that term is defined in Bankruptcy Code § 101(14).

8.  At the conclusion of this case the Accountant will file an appropriate final application seeking allowance of all fees and costs. Upon allowance of such fees and costs, the Debtor will pay the Accountant the allowed compensation.

9.  The Debtor and the Accountant understand and agree that the proposed compensation agreement is subject to Bankruptcy Code § 328 which authorizes this Court to allow compensation different from what is here provided, if the fee arrangement appears, in retrospect, to have been improvident in light of developments unanticipated at the outset.

10. The Accountant has not shared, or agreed to share, any compensation as may be awarded by the Court, except as among herself and other members or partners of the accounting firm.

11. The Accountant requests that this Court enter an order modifying the time limitations of Bankruptcy Code § 331 and permit the submission of interim fee applications on a 60-day basis rather than on the 120-day basis prescribed by that section.

WHEREFORE, the Debtor prays that he be authorized, pursuant to Bankruptcy Code § 327 and Rule 2014(a) of the Bankruptcy Rules, to employ Ying Sa, CPA, and Community CPA & Associates Inc., as his Accountant, effective as of the date of conversion of the Chapter 7 case to a case under Chapter 11, to prepare and render professional services in connection with the preparation of financial documents, and any and all other related financial and accounting reports and required filings, and to perform all other accounting services for the Debtor as Debtor in Possession which may be necessary in relation thereto, with the compensation to be at the expense of the estate in such amounts as the Court may hereafter allow in accordance with the law; that Ying Sa, CPA, and Community CPA & Associates Inc. be permitted to submit interim fee

applications every 60 days; and for such other and further relief as may be just and equitable under the circumstances.

Dated:  November 17, 2014

*/s/      Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq., IS #9999366
Chet A. Mellema, Esq., IS #9998150
Bradshaw Fowler Proctor & Fairgrave P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com
mellema.chet@bradshawlaw.com

Proposed General Reorganization Counsel

I declare under penalty of perjury under the laws of the United States and the laws of the State of Iowa that I have reviewed the attached Application and to the best of my knowledge and information, I believe the statements therein to be true and correct.

Dated:  November 14, 2014

                                        */s/   Ying Sa*
Ying Sa, CPA
Community CPA & Associates Inc.
3816 Ingersoll Ave.
Des Moines, IA 50312
Phone:  (515) 288-3188
Phone:  (888) 964-8771
Fax:  (515) 288-3370
cpa@communitycpa.com

CERTIFICATE OF SERVICE

This document with attachment was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

                                        */s/        Barbara Warner*